RAFAEL M. GONZALEZ, JR.
ACTING UNITED STATES ATTORNEY
ERIN C. BLACKADAR, IDAHO STATE BAR NO. 8996
SPECIAL ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF IDAHO
1290 W. MYRTLE ST. SUITE 500
BOISE, ID 83702-7788
TELEPHONE: (208) 334-1211
FACSIMILE: (208) 334-1413

U.S. COURTS

OCT 13 2021

Rcvd_____Filed_____Time_____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> CHARLES GEORGE LINDSAY, <br> JESSIE ROMEO RIVERA, <br> JOEL EDWARD GARZA, <br><br> Defendants. | Case No. CR 21-274 -S DCN <br> **INDICTMENT** <br><br> 18 U.S.C. § 2 <br> 21 U.S.C. § 841(a)(1) and (b)(1)(B) <br> 21 U.S.C. § 853 |

The Grand Jury charges:

### COUNT ONE

**Distribution of Methamphetamine**
**21 U.S.C. § 841(a)(1) and (b)(1)(B); 18 U.S.C. § 2**

On or about March 11, 2021, in the District of Idaho, the defendants, CHARLES GEORGE LINDSAY, JESSIE ROMEO RIVERA, and JOEL EDWARD GARZA, did knowingly and intentionally distribute five grams or more of actual methamphetamine, a

**INDICTMENT** - 1

Schedule II controlled substance, and aided and abetted the same, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(B), and Title 18 United States Code, Section 2.

## Drug Forfeiture
## 21 U.S.C. § 853

Upon conviction of the offense alleged in Count One of this Indictment, the defendants, CHARLES GEORGE LINDSAY, JESSIE ROMEO RIVERA, and JOEL EDWARD GARZA, shall forfeit to the United States any and all property, real and personal, tangible and intangible, consisting of or derived from any proceeds the said defendant obtained directly or indirectly as a result of the foregoing offenses; and any and all property, real and personal, tangible and intangible, used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the foregoing offenses. The property to be forfeited includes, but is not limited to, the following:

1. <u>Unrecovered Cash Proceeds and/or Facilitating Property.</u> The defendant obtained and controlled unrecovered proceeds of the offenses of conviction, or property derived from or traceable to such proceeds, and property the defendant used to facilitate the offenses, but based upon actions of the defendant, the property was transferred, diminished, comingled, or is otherwise unavailable.

2. <u>Substitute Assets.</u> Pursuant to 21 U.S.C. § 853(p) and other applicable statutes, the government will seek forfeiture of substitute assets, "or any other property of the defendant" up to the value of the defendant's assets subject to forfeiture. The government will do so when the property subject to forfeiture cannot be forfeited for one or more of the following reasons:

    a. Cannot be located upon the exercise of due diligence;

    b. Has been transferred or sold to, or deposited with, a third person;

**INDICTMENT - 2**

  c. Has been placed beyond the jurisdiction of the court;

  d. Has been substantially diminished in value; or

  e. Has been commingled with other property which cannot be subdivided without difficulty.

Dated this 13th day of October, 2021.

            A TRUE BILL

            /s/ [signature on reverse]

            _____
            FOREPERSON

RAFAEL M. GONZALEZ, JR.
ACTING UNITED STATES ATTORNEY
By:

_____
ERIN C. BLACKADAR
SPECIAL ASSISTANT UNITED STATES ATTORNEY

**INDICTMENT** - 3